## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JON ROBERT ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No.   2:17-cv-00261-GZS** |
| | ) | |
| **LUKE MONAHAN,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 25) filed September 29, 2017, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that Plaintiff's personal capacity claim against Deputy Warden Carr is **<u>DISMISSED,</u>** and Plaintiff's claim against Deputy Warden Carr in her official capacity is permitted to proceed.


 _/s/ George Z. Singal_
United States District Judge

Dated this 24th day of October, 2017.