UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| JON ROBERT ADAMS, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.   2:17-cv-00261-GZS |
| LUKE MONAHAN, et al., | ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 58) filed January 11, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows: That Defendant Monahan's Motion for Summary Judgment (ECF No. 22) is **GRANTED**, and judgment is entered in favor of Defendant Monahan and Defendant Carr;

That the following Motions are **DISMISSED AS MOOT**:

Plaintiff's Motion for Summary Judgment (ECF No. 4); Plaintiff's Motion for Declaratory Judgment (ECF No. 6); Plaintiff's Motion for Preliminary Injunction (ECF No. 9); Plaintiff's Motion to Inform the Court (ECF No. 11); Plaintiff's [Second] Motion for Summary Judgment (ECF No. 18); Plaintiff's [Second] Motion for Preliminary Injunction (ECF No. 33); and Plaintiff's Motion/Brief Regarding Exhaustion Requirement (ECF No. 52).

  /s/ George Z. Singal  
United States District Judge

Dated this 13th day of February, 2018.